| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Dale K. Galipo (SBN 144074)<br>Marcel F. Sincich (SBN 319508)<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd., Ste. 310, Woodland Hills, CA 91367<br>Tel: 818-347-3333 / Fax: 818-347-4118<br>E-mail: dalekgalipo@yahoo.com / msincich@galipolaw.com | |
| ATTORNEY(S) FOR: Plaintiff Regina Castro | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HELMAN,<br><br>Plaintiff(s),<br>v.<br>CITY OF HEMET; PATRICK SOBASZEK; and DOES 1-10, inclusive<br><br>Defendant(s) | CASE NUMBER:<br>5:24-cv-02209<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Timothy Helman or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Timothy Helman | Plaintiff |
| City of Hemet | Defendant |
| Patrick Sobaszek | Defendant |

| | |
|---|---|
| October 11, 2024<br>Date | s/ Dale K. Galipo<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Timothy Helman