1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo (SBN 144074)
2  dalekgalipo@yahoo.com
   Marcel F. Sincich (SBN 319508)
3  msincich@galipolaw.com
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Tel: 818-347-3333 | Fax: 818-347-4118
5
   **LAW OFFICES OF GRECH & PACKER**
6  Trenton C. Packer (SBN 241057)
   7095 Indiana Ave Ste 200
7  Riverside, CA 92506
   (951) 682-9311
8  Email: trentpackerlaw@gmail.com

9  *Attorneys for Plaintiff*,
   TIMOTHY HELMAN

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14 | TIMOTHY HELMAN, | Case No. 5:24-cv-02209-JGB-DTB |
15 | Plaintiff, | *Assigned to*: |
16 |  | Hon. District Judge Jesus G. Bernal |
17 | v. | Hon. Magistrate Judge David T. Bristow |
18 | CITY OF HEMET; PATRICK | **PLAINTIFF'S PROOF OF SERVICE** |
19 | SOBASZEK; and DOES 1-10, inclusive, | **OF SUMMONS AND COMPLAINT ON DEFENDANTS, CITY OF** |
20 |  | **HEMET AND PATRICK SOBASZEK** |
21 | Defendants. |  |

-1-
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

**TO THIS HONORABLE COURT:**

Pursuant to Rule 4(l)(1) of the Federal Rules of Civil Procedure and Central District Local Rule 5-3.1, Plaintiff Timothy Helman hereby submits the proofs of service of the Summons, Complaint for Damages and other documents on Defendants City of Hemet and Patrick Sobaszek, attached hereto as Exhibits "A" and "B," respectively.

DATED: November 11, 2024

LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF GRECH & PACKER

By: _____*s/ Marcel F. Sincich*_____
Dale K. Galipo
Trenton C. Packer
Marcel F. Sincich
*Attorneys for Plaintiff*

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |

| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 |
|---|

| SHORT TITLE OF CASE:<br>Helman, Timothy v. City of Hemet | |
|---|---|
| DATE:    TIME:    DEP./DIV. | CASE NUMBER:<br>5:24-cv-02209-JGB-DTB |
| **Declaration of Service** | Ref. No. or File No:<br>Helman v. City of Hemet |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice to Parties of Court-Directed ADR Program; Notice re Consent to Magistrate Jurisdiction; Standing Order**

On: **City of Hemet**

I served the summons at:

**445 E Florida Ave  Hemet, CA 92543**

On: **11/7/2024**        Date:  **02:36 PM**

In the above mentioned action  by substituted service and leaving with

**Jane Doe (Gender: F Age: 35 Height: 5'5" Weight: 150 Race: Caucasian Hair: Blond Other: )  -  Assistant to the City Clerk**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Arthur Oros**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **183.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Arthur Oros        Date: **11/07/2024**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Helman, Timothy v. City of Hemet | | |
| DATE:       TIME:       DEP./DIV. | | CASE NUMBER:<br>5:24-cv-02209-JGB-DTB |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>Helman v. City of Hemet |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **11/07/2024**, I served the within:
**Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice to Parties of Court-Directed ADR Program; Notice re Consent to Magistrate Jurisdiction; Standing Order**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**City of Hemet**
**445 E Florida Ave  Hemet, CA 92543**

Declarant:

  a. Name: **Tim Perez**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **183.50**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Tim Perez                                              Date: **11/07/2024**

Declaration of Service by Mail                              Invoice #: 10718450-01

Case 5:24-cv-02209-JGB-DTB   Document 10   Filed 11/11/24   Page 6 of 11   Page ID #:65

# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |

| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 |
|---|

| SHORT TITLE OF CASE:<br>Helman, Timothy v. City of Hemet |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>5:24-cv-02209-JGB-DTB |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>Helman v. City of Hemet |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice to Parties of Court-Directed ADR Program; Notice re Consent to Magistrate Jurisdiction; Standing Order**

On: **Patrick Sobaszek**

I served the summons at:

**450 E Latham Ave  Hemet, CA 92543**

On: **11/7/2024**           Time: **02:48 PM**

In the above mentioned action  by substituted service and leaving with

**Jane Doe- Judy Doe, last name not provided  - Front Desk**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Arthur Oros**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **183.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Arthur Oros                                    Date: **11/07/2024**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | TELEPHONE NUMBER<br>(818) 347-3333 | FOR COURT USE ONLY |
|---|---|---|
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Helman, Timothy v. City of Hemet | | |
| DATE:      TIME:      DEP./DIV. | | CASE NUMBER:<br>5:24-cv-02209-JGB-DTB |
| **Declaration of Diligence** | | Ref. No. or File No:<br>Helman v. City of Hemet |

United States District Court

Person to Serve: **Patrick Sobaszek**

Documents Received: **Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice to Parties of Court-Directed ADR Program; Notice re Consent to Magistrate Jurisdiction; Standing Order**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Nov 07 2024**    02:48 PM    450 E Latham Ave, Hemet, CA 92543; Sub-Served on person apparently in charge. Judy Doe accepted court documents and placed them in recipients mailbox.

Person attempting service:

  a. Name: **Arthur Oros**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **183.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Arthur Oros                                      Date: **11/07/2024**

Declaration of Diligence                                      Invoice #: 10718450-02

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Helman, Timothy v. City of Hemet | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>5:24-cv-02209-JGB-DTB |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>Helman v. City of Hemet |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **11/07/2024**, I served the within:
**Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice to Parties of Court-Directed ADR Program; Notice re Consent to Magistrate Jurisdiction; Standing Order**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Patrick Sobaszek**
**450 E Latham Ave  Hemet, CA 92543**

Declarant:

  a. Name: **Tim Perez**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **183.50**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Tim Perez    Date: **11/07/2024**

Declaration of Service by Mail    Invoice #: 10718450-02