Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Andrea Kornblau (State Bar No. 291613)
  *andrea.kornblau@manningkass.com*
Khouloud Pearson (State Bar No. 323108)
  *Khouloud.Pearson@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF HEMET and PATRICK SOBASZEK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY HELMAN,<br><br>           Plaintiff,<br><br>    v.<br><br>CITY OF HEMET; PATRICK SOBASZEK; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 5:24-cv-02209 JGB (DTBx)<br>*[District Judge: Jesus G. Bernal*<br>*Magistrate Judge: David T. Bristow*<br><br>**[DISCOVERY MATTER]**<br><br>**APPLICATION TO TAKE INMATE'S DEPOSITION IN STATE PRISON; PROPOSED ORDER FILED CONCURRENTLY**<br><br>Complaint Filed:    03/14/2023<br>Trial Date:              09/09/2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant, CITY OF HEMET, by and through its attorneys of record, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, makes the following request of the Honorable Court:

1.   For an order permitting the deposition of California Department of Corrections and Rehabilitation Inmate TIMOTHY HELMAN, on October 9, 2025, or on any other date as directed by State Prison Officials.

# GOOD CAUSE STATEMENT

1. Timothy Helman, booking number 202351562, is in the custody of the California Department of Corrections and Rehabilitation and is currently being housed at Southwest Detention Center located at 30755 Auld Rd Ste B, Murrieta, CA 92563

2. According to Federal Rule of Civil Procedure 30(a)(2)(B), a party must obtain leave of court to take a deponent's deposition "if the deponent is confined in prison."

Therefore, for good cause shown, Defendant requests the Honorable Court to enter an order permitting Defendant to take the deposition of Timothy Helman, on October 9, 2025, or on any other date as directed by State Prison Officials.

DATED: June 30, 2025

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: *Khouloud E. Pearson*
Eugene P. Ramirez
Andrea K. Kornblau
Khouloud E. Pearson
Attorneys for Defendants CITY OF HEMET; PATRICK SOBASZEK