

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY HELMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HEMET; PATRICK SOBASZEK; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:24-cv-02209 JGB (DTBx)<br>*[District Judge: Jesus G. Bernal<br>Magistrate Judge: David T. Bristow*<br><br>**DISCOVERY MATTER**<br><br>**ORDER RE: APPLICATION TO TAKE INMATE'S DEPOSITION IN STATE PRISON** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Application and Good Cause appearing therefor, and in furtherance of the interests of justice, the Court hereby ORDERS as follows:

1. Defendant may take the deposition of California Department of Corrections and Rehabilitation Inmate Timothy Helman, booking number 202351562, on October 9, 2025, or on any other date as directed by State Prison Officials.

2. The Court allows the deposition to go forward subject to the rules that

//

//

the State of California and the California Correctional Center may reasonably impose upon the parties attending a deposition within the confines of the detention facility.

IT IS SO ORDERED

DATED: June 30, 2025

United States Magistrate Judge
David T. Bristow